# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOE W. BERRY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-20-132-D |
| | ) | |
| RICK WHITTEN, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

Pursuant to the Order adopting the Report and Recommendation, this action is dismissed with prejudice. Further, a certificate of appealability is denied.

Entered this 17th day of April, 2020.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge